# Raoul Zaltzberg, Esq.

| Zaltzberg Law | *Attorney at Law* | O: (212) 609-1344 |
| 14 Wall Street, 20th Floor | | F: (212) 609-1345 |
| New York, New York 10005 | Raoul@ZaltzbergLaw.com | P: (917) 244-4322 |

_____

October 29, 2024

**VIA ELECTRONIC MAIL**

Hon. Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *United States v. Lino, Dexter*
24 CR 456 (JHR)

Dear Hon. Judge Rearden,

> Application GRANTED. Defendant Lino's bail conditions are hereby modified to permit travel to the Eastern District of Pennsylvania for the purposes stated herein. At least two days in advance of any such travel, Defendant shall provide Pretrial Services with notice of his forthcoming trip, including a copy of his travel itinerary.
>
> Defendant is reminded that he must comply with all conditions of bail, including the travel restrictions imposed at his presentment as well as those set forth above.
>
> The Clerk of Court is directed to terminate ECF Nos. 30 and 32.
>
> SO ORDERED.
> /s/ Jennifer H. Rearden
> Jennifer H. Rearden, U.S.D.J.
> Date: October 31, 2024

   I represent Dexter Lino in the above-captioned proceeding. The terms of Mr. Lino's release currently include a travel restriction to SDNY/EDNY as well as compliance with pre-trial services. I am asking on my client's behalf that he be allowed to travel to the Eastern District of Pennsylvania with prior notification to Pretrial Services. Prior notification would be a minimum of two days in advance. Additionally, he will provide the address where he will be staying when he is out there. The reason we ask for these changes is that his girlfriend is buying a house there and he wants to be able to visit her/stay with her from time to time. Both pre-trial services and the AUSA's office consent to this travel so long as it is approved by the Court under the stated conditions.

The modifications will be done in coordination with pre-trial services.  I have attached an Order for the Court specifying my request. Thank you in advance for your time and consideration.

Sincerely,

/s/
Raoul Zaltzberg, Esq.

C.c. AUSA Jacob Fiddleman and  PTSO Jazzlyn Harris by electronic mail