# Raoul Zaltzberg, Esq.

| | | |
|---|---|---|
| Zaltzberg Law<br>14 Wall Street, 20th Floor<br>New York, New York 10005 | *Attorney at Law*<br><br>Raoul@ZaltzbergLaw.com | O: (212) 609-1344<br>F: (212) 609-1345<br>P: (917) 244-4322 |

_____

November 26, 2024

**VIA ELECTRONIC MAIL**

Hon. Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

       Re: *United States v. Lino, Dexter*
          24 CR 456 (JHR)

Dear Hon. Judge Rearden,

  I represent Dexter Lino in the above-captioned proceeding. His case is on for sentencing on December 12, 2024. I am writing, for the first time, to ask for a 60-day adjournment. I am making this request with the consent of the Government as my wife, and I just had a baby. In addition, Mr. Lino is undergoing treatment for his health issues. Thank you in advance for your consideration.

                        Sincerely,

                     _____/s/_____
                      Raoul Zaltzberg, Esq.

C.c. AUSA Jacob Fiddleman and PTSO Jazzlyn Harris by electronic mail