# Raoul Zaltzberg, Esq.

| | | |
|---|---|---|
| Zaltzberg Law | *Attorney at Law* | O: (212) 609-1344 |
| 14 Wall Street, 20th Floor | | F: (212) 609-1345 |
| New York, New York 10005 | Raoul@ZaltzbergLaw.com | P: (917) 244-4322 |

_____

April 4, 2024

**VIA ELECTRONIC MAIL**

Hon. Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

                Re: *United States v. Lino, Dexter*
                   24 CR 456 (JHR)

Dear Hon. Judge Rearden,

    I represent Dexter Lino in the above-captioned proceeding. His case is on for sentencing on April 29, 2025. I am writing, for the second time, to ask for a 60-day adjournment to an early/mid June date ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ I am making this request with the consent of the Government. Thank you in advance for your consideration.

                                                          Sincerely,

                                             _____/s/_____
                                             Raoul Zaltzberg, Esq.

C.c. AUSA Jacob Fiddleman and PTSO Jazzlyn Harris by electronic mail