# Raoul Zaltzberg, Esq.

Zaltzberg Law
14 Wall Street, 20th Floor
New York, New York 10005

*Attorney at Law*

Raoul@ZaltzbergLaw.com

O: (212) 609-1344
F: (212) 609-1345
P: (917) 244-4322

---

April 4, 2024

**VIA ELECTRONIC MAIL**

Hon. Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *United States v. Lino, Dexter*
24 CR 456 (JHR)

Dear Hon. Judge **Rearden**,

    I represent Dexter Lino in the above-captioned proceeding. His case is on for sentencing on April 29, 2025. I am writing, for the second time, to ask for a 60-day adjournment to an early/mid June date. Mr. Lino, as the Court is aware, unfortunately has been diagnosed with Myeloma in 2023. While there is no cure for this type of cancer, he is currently undergoing radiation treatment after his blood count went down about a month and a half or so ago. He has two treatments left and then needs some time to recover. I am making this request with the consent of the Government. Thank you in advance for your consideration.

Sincerely,

/s/
Raoul Zaltzberg, Esq.

C.c. AUSA Jacob Fiddleman and PTSO Jazzlyn Harris by electronic mail

Application GRANTED. Defendant Lino's sentencing is adjourned to **July 17, 2025 at 11:15 a.m.**

The Clerk of Court is directed to terminate ECF No. 36.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: April 8, 2025