USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/7/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

v.

**DEXTER LINO,**

*Defendant.*

**ORDER**

24 CR 456 (JHR)

It is hereby ordered:

That terms of Dexter Lino's condition of his Pre Trial-Services Supervision be modified to VIRTUAL SUPERVISION.

The modification will be done in coordination with pre-trial services.

**SO ORDERED:**

By **June 16, 2025**, Defendant shall file a letter updating the Court on the status of the matter that led to his request for virtual supervision.

*[signature: Jennifer H. Rearden]*

THE HONORABLE JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Dated:  May 7, 2025