

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 10, 2025

**BY ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Dexter Lino*, 24 Cr. 456 (JHR)

Dear Judge Rearden:

    The Government writes, regrettably, to inform the Court that defense counsel has notified the Government that defendant Dexter Lino passed away earlier this week after a long illness. The parties respectfully request that the Court adjourn *sine die* the upcoming deadlines for the filing of sentencing submissions and the October 23, 2025, sentencing hearing. Upon receipt of appropriate documentation, the Government will prepare and submit a formal *nolle prosequi* for the Court's signature.

    The Government extends its condolences to the defendant's family.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

by: _____
    Jacob R. Fiddelman
    Assistant United States Attorney
    (212) 637-1024

cc:    Raoul Zaltzberg, Esq.

Application GRANTED.  The Court extends its sympathies to Mr. Lino's family.

The Clerk of Court is directed to terminate ECF No. 43.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: October 10, 2025